## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

TIMOTHY OLIVER, Plaintiff
Vs.
OFFICER CHRISTOPHER SEE, Individual and Official Capacity,
OFFICER PAUL GALLAGHER, Individual and Official Capacity,
and CITY OF ROCKFORD, ILLINOIS, a Municipal Corporation,
Defendants

**08 C 50121**

Case Number: 08 _____

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TIMOTHY OLIVER, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: DANIEL J McGRAIL | NAME |
| FIRM: Attorney at Law | FIRM |
| STREET ADDRESS: 321 W. State St., Suite 602 | STREET ADDRESS |
| CITY/STATE/ZIP: Rockford, IL 61101 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (815)961-8770   FAX NUMBER: 961-8780 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS: McGrail8770@aol.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER: 06192600 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X]  NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

*FILED JUN 26 2008 - MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*