UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY OLIVER, )<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER CHRISTOPHER SEE, )<br>Individual and Official Capacity, )<br>OFFICER PAUL GALLAGHER, )<br>Individual and Official Capacity, )<br>and CITY OF ROCKFORD, ILLINOIS, )<br>a Municipal Corporation, )<br>)<br>          Defendants. ) | Case No.: 08 C 50121 |

**DEFENDANTS' ANSWER TO COMPLAINT**

NOW COME the Defendants, OFFICER CHRISTOPHER SEE, OFFICER PAUL GALLAGHER and the CITY OF ROCKFORD, ILLINOIS, by and through their attorneys, City of Rockford Department of Law, Patrick W. Hayes, Legal Director, and Angela L. Hammer, Assistant City Attorney, and for their Answer to Complaint state as follows:

1. The Defendants admit the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. The Defendants admit the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. The Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. The Defendants neither admit nor deny the allegations contained in paragraph 4 of Plaintiff's Complaint, but demand strict proof thereof.

5. The Defendants admit the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. The Defendants admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. The Defendants admit the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. The Defendants admit the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. The Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. The Defendants admit the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. The Defendants admit the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. The Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. The Defendants neither admit nor deny the allegations contained in paragraph 13 of Plaintiff's Complaint, but demand strict proof thereof.

14. The Defendants admit the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. The Defendants neither admit nor deny the allegations contained in paragraph 15 of Plaintiff's Complaint, but demand strict proof thereof.

16. The Defendants neither admit nor deny the allegations contained in paragraph 16 of Plaintiff's Complaint, but demand strict proof thereof.

17. The Defendants neither admit nor deny the allegations contained in paragraph 17 of Plaintiff's Complaint, but demand strict proof thereof.

18. The Defendants admit the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. The Defendants neither admit nor deny the allegations contained in paragraph 19 of Plaintiff's Complaint, but demand strict proof thereof.

20. The Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. The Defendants neither admit nor deny the allegations contained in paragraph 21 of Plaintiff's Complaint, but demand strict proof thereof.

22. The Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. The Defendants neither admit nor deny the allegations contained in paragraph 23 of Plaintiff's Complaint, but demand strict proof thereof.

24. The Defendants deny the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. The Defendants neither admit nor deny the allegations contained in paragraph 25 of Plaintiff's Complaint, but demand strict proof thereof.

26. The Defendants neither admit nor deny the allegations contained in paragraph 26 of Plaintiff's Complaint, but demand strict proof thereof.

27. The Defendants neither admit nor deny the allegations contained in paragraph 27 of Plaintiff's Complaint, but demand strict proof thereof.

28. The Defendants deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. The Defendants deny the allegations contained in paragraph 29 of Plaintiff's Complaint.

30. The Defendants deny the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. The Defendants neither admit nor deny the allegations contained in paragraph 31 of Plaintiff's Complaint, but demand strict proof thereof.

32. The Defendants neither admit nor deny the allegations contained in paragraph 32 of Plaintiff's Complaint, but demand strict proof thereof.

33. The Defendants neither admit nor deny the allegations contained in paragraph 33 of Plaintiff's Complaint, but demand strict proof thereof.

34. The Defendants deny the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. The Defendants deny the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. The Defendants neither admit nor deny the allegations contained in paragraph 36 of Plaintiff's Complaint, but demand strict proof thereof.

37. The Defendants neither admit nor deny the allegations contained in paragraph 37 of Plaintiff's Complaint, but demand strict proof thereof.

38.     The Defendants deny the allegations contained in paragraph 38 of Plaintiff's Complaint.

39.     The Defendants admit the allegations contained in paragraph 39 of Plaintiff's Complaint.

40.     The Defendants deny the allegations contained in paragraph 40 of Plaintiff's Complaint.

41.     The Defendants admit the allegations contained in paragraph 41 of Plaintiff's Complaint.

42.     The Defendants admit the allegations contained in paragraph 42 of Plaintiff's Complaint.

43.     The Defendants admit the allegations contained in paragraph 43 of Plaintiff's Complaint.

44.     The Defendants neither admit nor deny the allegations contained in paragraph 44 of Plaintiff's Complaint, but demand strict proof thereof.

45.     The Defendants deny the allegations contained in paragraph 45 of Plaintiff's Complaint.

46.     The Defendants neither admit nor deny the allegations contained in paragraph 46 of Plaintiff's Complaint, but demand strict proof thereof.

**<u>Count I – Fourth Amendment Violation</u>**
**<u>Unlawful Entry – Officer Christopher See</u>**

1-46.   The Defendant restates and realleges his responses to paragraphs 1 through 46 as his responses to paragraphs 1 through 46 of Count I of Plaintiff's Complaint as if fully rewritten herein.

47.     The Defendant denies the allegations contained in paragraph 47 of Count I of Plaintiff's Complaint.

48.     The Defendant denies the allegations contained in paragraph 48 of Count I of Plaintiff's Complaint.

### Count II – Fourth Amendment Violations
### Unlawful Detention and Arrest – Officer Christopher See

1-46.   The Defendant restates and realleges his responses to paragraphs 1 through 46 as his responses to paragraphs 1 through 46 of Count II of Plaintiff's Complaint as if fully rewritten herein.

47.     The Defendant denies the allegations contained in paragraph 47 of Count II of Plaintiff's Complaint.

48.     The Defendant denies the allegations contained in paragraph 48 of Count II of Plaintiff's Complaint.

49.     The Defendant denies the allegations contained in paragraph 49 of Count II of Plaintiff's Complaint.

### Count III – Fourth Amendment Violations
### Unlawful Detention and Arrest – Officer Paul Gallagher

1-46.   The Defendant restates and realleges his responses to paragraphs 1 through 46 as his responses to paragraphs 1 through 46 of Count III of Plaintiff's Complaint as if fully rewritten herein

47.     The Defendant denies the allegations contained in paragraph 47 of Count III of Plaintiff's Complaint.

48. The Defendant denies the allegations contained in paragraph 48 of Count III of Plaintiff's Complaint.

### Count IV – 42 U.S.C. §1983
### Municipal Liability – City of Rockford

1. The Defendant restates and realleges its' responses to Counts I through III as if fully rewritten herein.

2. The Defendant denies the allegations contained in paragraph 2 of Count IV of Plaintiff's Complaint.

3. The Defendant denies the allegations contained in paragraph 3 of Count IV of Plaintiff's Complaint.

4. The Defendant denies the allegations contained in paragraph 4 of Count IV of Plaintiff's Complaint.

5. The Defendant denies the allegations contained in paragraph 5 of Count IV of Plaintiff's Complaint.

### Count V - 42 U.S.C. §1988

1. The Defendants restate and reallege their responses to Counts I through IV as if fully rewritten herein.

2. The Defendants admit the allegations contained in paragraph 2 of Count V of Plaintiff's Complaint.

Dated: December 15, 2008	City of Rockford Department of Law


By:  /s/ Angela L. Hammer
Angela L. Hammer, Assistant City Attorney



City of Rockford Department of Law
425 E. State Street
Rockford, Illinois 61104
(815) 987-5540