UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY OLIVER, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> OFFICER CHRISTOPHER SEE, ) <br> Individual and Official Capacity, ) <br> OFFICER PAUL GALLAGHER, ) <br> Individual and Official Capacity, and ) <br> CITY OF ROCKFORD, ILLINOIS, ) <br> a Municipal Corporation, ) <br> ) <br> Defendants. ) | Case No. 08 CV 50121 |

## STIPULATION TO DISMISS

NOW COME the parties hereto by their respective counsel and do hereby stipulate and agree that the above-entitled case be dismissed with prejudice, all matters in controversy having been compromised and settled, all costs having been paid.

TIMOTHY OLIVER, Plaintiff

OFFICER CHRISTOPHER SEE,
OFFICER PAUL GALLAGHER and
CITY OF ROCKFORD, ILLINOIS,
Defendants

_____
DANIEL J. McGRAIL, Plaintiff's Attorney

_____
ANGELA HAMMER, Defendants' Attorney

Prepared by:
DANIEL J McGRAIL, #3891
Attorney at Law
321 West State St., Suite 602
Rockford, IL 61101
(815) 961-8770